MARIA HOUSE et al., Respondents, *v.* LUCIAN C. CARR, as Administrator of the Estate of CYNTHIA GILBERT, Deceased, Appellant.

(Submitted October 1, 1906; decided October 9, 1906.)

Motion for re-argument denied, with ten dollars costs. (See 185 N. Y. 453.)

———————

WILMOT L. MOREHOUSE, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant, Impleaded with Another.

(Submitted October 1, 1906; decided October 9, 1906.)

Motion for re-argument denied, with ten dollars costs. (See 185 N. Y. 520.)

———————

JAMES SNYDER, Appellant, *v.* MONROE ECKSTEIN BREWING COMPANY, Respondent, Impleaded with Others.

Reported below, 107 App. Div. 328.
(Submitted October 1, 1906; decided October 9, 1906.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered September 20, 1905, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

The motion was made on the grounds that the appellant's exceptions were frivolous, no question of law was presented for review, and that the judgment of the Appellate Division was unanimous.

*William D. Gaillard* for motion.

*Henry W. Rianhard* opposed.

Motion denied, with ten dollars costs.
34